IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KAREN M. MOORE, | § | |
| | § | |
| Defendant Below, | § | No. 73, 2022 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 20060112508 (K) |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: September 30, 2022
Decided: October 11, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## ORDER

Upon consideration of the opening brief, the motion to remand, and the response, it appears to the Court that:

(1)    The appellant, Karen M. Moore, filed this appeal from her October 2021 convictions for aggravated menacing. The convictions arose from a verbal confrontation between Moore and her neighbors. In her opening brief, Moore argues that the Superior Court erred by: (i) declining to give the jury instruction she requested under 11 *Del. C.* § 466 for the defense of justification; and (ii) permitting the State to introduce evidence that a firearm Moore surrendered to the authorities was loaded.

(2)     Instead of filing an answering brief, the State filed a motion to remand. The State laudably concedes that under the facts of this case the Superior Court erred in declining Moore's request for a jury instruction under Section 466.  The State asks that Moore's October 2021 convictions for aggravated menacing be vacated and this matter remanded to the Superior Court for a new trial.  Moore does not oppose the motion.

(3)     The Court agrees that the proper course of action is to vacate Moore's October 2021 convictions for aggravated menacing and to remand this matter to the Superior Court for a new trial.

NOW, THEREFORE, IT IS ORDERED that Moore's October 2021 convictions for aggravated menacing are VACATED.  This matter is REMANDED to the Superior Court for a new trial.  Jurisdiction is not retained.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice